## BILL CAMPLAIN et al. v. STATE.

No. A-8193.   Dec. 17, 1931.
(6 Pac. [2d] 1117.)

Champion, Champion & Fischl, for plaintiffs in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error, hereinafter referred to as the defendants, were convicted of the crime of burglary in the second degree, and sentenced to serve a term of two years in the state penitentiary at McAlester, and appeal.

The record in this case was filed in this court June 20, 1931; no brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.